Filed 12/1/20  P. v. Lieberman CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>AARON BENJAMIN LIEBERMAN,<br><br>    Defendant and Appellant. | 2d Crim. No. B303989<br>(Super. Ct. No. 2013039320)<br>(Ventura County) |

Aaron Benjamin Lieberman appeals from the judgment entered after he pled no contest to possession for sale of more than four kilograms of MDMA (count 1; Health & Saf. Code, §§ 11378, 11370.4, subd. (b)(1))[1], transportation of a controlled substance (count 3; § 11379, subd. (a)), sale of a controlled substance (count 4; § 11379, subd. (a)), and selling, transporting or offering to sell a controlled substance (count 5; § 11379, subd. (a)).  Three months after the change of plea, appellant brought a motion to withdraw his plea which was denied by the trial court.  The trial court suspended imposition of sentence, granted

---

[1] All statutory references are to the Health and Safety Code.

probation with 365 days county jail, and ordered appellant to pay various fines, fees, and restitution.

We appointed counsel to represent appellant in this appeal. After counsel's examination of the record, he filed a brief raising no issues. On October 13, 2020, we advised appellant that he had 30 days within which to personally submit any contentions or issues he wished us to consider. No response has been received.

The record reflects that appellant sold MDMA to a confidential informant in two controlled buys. The third controlled buy was a "jump bust" at the Walmart parking lot in Simi Valley. Officers found 718 grams of MDMA and $360 on appellant's person. Ventura County Sheriff's deputies conducted a probation search of appellant's house and found MDMA (4,000 grams), marijuana, steroids, pill presses, narcotics paraphernalia (cutting agents), $38,920 cash, and ammunition.

We have reviewed the entire record and are satisfied that appellant's counsel has fully complied with his responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 443; *People v. Kelly* (2006) 40 Cal.4th 106, 126.)

The judgment is affirmed.
NOT TO BE PUBLISHED.


YEGAN, Acting P.J.

We concur:


PERREN, J.


TANGEMAN, J.

2

Derek D. Malan, Judge

Superior Court County of Ventura

_____

Richard B. Lennon, Executive Director, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Respondent.